UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESSEX MANAGEMENT CORPORATION, Plaintiff, v. SUZANNE M. RELANDER, Defendant. | Case No. 16-cv-03981-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 5 |
|---|---|

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to the San Mateo County Superior Court.

**IT IS SO ORDERED.**

Dated: August 4, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESSEX MANAGEMENT CORPORATION,

         Plaintiff,

  v.

SUZANNE M. RELANDER,

         Defendant.

Case No. 16-cv-03981-HSG

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on August 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Suzanne M. Relander
620 Veterans Boulevard, Unit #409
Redwood City, CA 94063

Dated: August 4, 2016

                              Susan Y. Soong
                              Clerk, United States District Court

                              By:_____
                              Nikki D. Riley, Deputy Clerk to the
                              Honorable HAYWOOD S. GILLIAM, JR.